UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIMBERLY GODOY<br><br>     *Plaintiff,*<br><br>– against –<br><br>BMW OF NORTH AMERICA, LLC;<br>BMW MANUFACTURING CO., LLC;<br>ZF TRW AUTOMOTIVE HOLDINGS<br>CORP., and AUTOLIV, INC.<br><br>     *Defendants.* | CIVIL CASE NO.<br><br>2:16-CV-05502 DRH-SIL<br><br><br>CORPORATE DISCLOSURE STATEMENT OF ZF TRW AUTOMOTIVE HOLDINGS CORP. |

  Defendant ZF TRW Automotive Holdings Corp. ("ZF TRW AH") files the following disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

  ZF TRW AH is a wholly-owned subsidiary of ZF North America Inc.  No publicly-held corporation owns 10% or more of ZF TRW AH's stock.

Dated:  August 25, 2017

                Respectfully submitted,


                By: /s/ Brian Keith Gibson
                James Ughetta (JU9571)
                B. Keith Gibson (BG8063)
                LITTLETON JOYCE UGHETTA PARK & KELLY LLP
                The Centre at Purchase
                4 Manhattanville Road, Suite 202
                Purchase, New York 10577
                Telephone:  (914) 417-3400
                james.ughetta@littletonjoyce.com

keith.gibson@littletonjoyce.com

– and –

David B. Weinstein (*Pro Hac Vice*)
Deborah Clinebell (*Pro Hac Vice*)
WEINSTEIN TIPPETTS & LITTLE LLP
7500 San Felipe, Suite 500
Houston, Texas 77063
Tel: 713.244.0800
david.weinstein@wtllaw.com
debie.clinebell@wtllaw.com

**Attorneys for Defendant
ZF TRW Automotive Holdings Corp.**

## CERTIFICATE OF SERVICE

I certify I served the foregoing document in compliance with Rule 5 of the Federal Rules of Civil Procedure, on August 25, 2017, as follows:

Dino G. Amoroso (*via ECF*)
Amoroso & Associates, P.C.
43 West 43rd Street, Suite 64
New York, New York 10036
DGALaw@verizon.net
*Attorneys for Plaintiff*

Siobhain P. Minarovich
Biedermann Hoenig Semprevivo
A Professional Corporation
One Grand Central Place
60 East 42nd Street
New York, NY 10165
Tel. 646-218-7623
Fax 646-218-7510
SIOBHAIN.MINAROVICH@LAWBHS.COM
*Attorneys for BMW of North America, LLC*
*and BMW Manufacturing Co., LLC*

                                             /s/ Brian Keith Gibson
                                             B. Keith Gibson