UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------×

KIMBERLY GODOY,

    *Plaintiff*,

  v.

BMW OF NORTH AMERICA, LLC;
BMW MANUFACTURING CO., LLC;
ZF TRW AUTOMOTIVE HOLDINGS CORP.;
AUTOLIV, INC. and AUTOLIV ASP, INC.
    *Defendants.*

------------------------------------------------------------------------×

2:16-cv-05502 (DRH) (SIL)

NOTICE OF MOTION
TO DISMISS PURSUANT
TO RULE 12(b)(2)

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law in Support of Defendants Autoliv, Inc. and Autoliv ASP, Inc.'s (the "Autoliv Defendants") Motion to Dismiss Plaintiff's Amended Complaint under Rule 12(b)(2), dated November 8, 2017, counsel for the Autoliv Defendants will move this Court, on a date and time to be set by the Court, before the Honorable Judge Denis R. Hurley, United States District Judge, at the United States Courthouse, Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722, for an Order dismissing Plaintiff's Amended Complaint as against the Autoliv Defendants pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Judge Hurley's October 13, 2017 briefing schedule Order, requiring Plaintiff "to serve, but not file opposing papers on or before December 5, 2017, and Defendants to serve reply papers, if any, and file all papers with the Court, including a copy for Chambers on or before December 19, 2017."

Dated: New York, New York
       November 8, 2017

                                                    Peter J. Fazio /s/
                                              Peter J. Fazio (PJF 1211)
Walsy K. Saez Aguirre (WS0759)
AARONSON RAPPAPORT
FEINSTEIN & DEUTSCH, LLP
*Attorneys for Defendants*
Autoliv, Inc. and Autoliv ASP, Inc.
600 Third Avenue
New York, NY 10016
pjfazio@arfd.com
wksaez@arfd.com
(212) 593-6700

{02068257.DOCX }

2